# LAW OFFICE OF BRIAN L. GREBEN

316 Great Neck Road
Great Neck, NY 11021

**MEMORANDUM ENDORSEMENT**

Office:   (516) 304-5357
Fax:      (516) 726-8425

www.grebenlegal.com

brian@grebenlegal.com

October 29, 2020

**Conference adjourned to November 30, 2020, at 11:00 a.m. Proposed schedule due November 24, 2020.**

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

So Ordered.

_/s/ Gabriel W. Gorenstein_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**October 29, 2020**

Re:   *Gc et al v. Flagship S B Amsterdam LLC, d/b/a Saravanaa Bhavan. et al.*
       S.D.N.Y., Case No. 20 cv 1960 (PEG) (GWG)

Dear Judge Gorenstein:

I represent defendants in the above matter, and am writing to request an adjournment of the Initial Case Management Conference, currently scheduled for November 2, 2020. This is the first time either party has asked for an extension of the conference. Plaintiffs' counsel consents to the relief sought herein.

The parties were informed on October 27, 2020, that an initial conference had been scheduled for the following week. We have been engaged in an ongoing mediation before mediator Pamela Esterman, and have had multiple zoom meetings and telephone conferences. We have another meeting scheduled for November 10 to discuss, *inter alia*, employment documents that defendants are in the process of organizing and providing. All parties agree that it makes sense to continue to work towards a settlement. Accordingly, we are hereby requesting that the initial conference be adjourned to give us time to resolve our disagreements and, hopefully, arrive at a settlement.

As per your Initial Conference Scheduling Order, I spoke with your Deputy Clerk earlier today to discuss available dates. We agreed that based on the Court's and the parties' schedules, we would request an adjournment of the conference to November 30, 2020. Plaintiff's counsel has also agreed to the November 30 date.

Thank you for your time and consideration.

Very truly yours,

/s/:  Brian L. Greben

Brian L. Greben

cc:   Mike DiGiulio (via ECF)