UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
BIKASH GC and PRAKASH GC, on behalf of
themselves and others similarly situated,

                              Plaintiffs,

        v.

FLAGSHIP S B AMSTERDAM LLC, d/b/a
SARAVANAA BHAVAN, FLAGSHIP S B NEW
YORK, LLC, d/b/a SARAVANAA BHAVAN,
and MATHAIAH RAMAIAH,

                              Defendants.
-----------------------------------------------------------x

CASE NO: 20-CV-1960

## PROPOSED JUDGMENT

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 22, 2021; and Defendants having offered Plaintiffs Bikash GC and Prakash GC an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $30,000.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Bikash GC and Prakash GC and against Defendants in the amount of $30,000.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer.

Dated: New York, New York
         _____, 2021

Ruby J. Krajick
Clerk of the Court

By:_____